IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** ) | |
| ) | |
| Plaintiff, ) | CASE NO. 3:19cv55 |
| ) | |
| v. ) | |
| ) | ORDER TEMPORARILY SEALING |
| **GLOBAL ASSET FINANCIAL SERVICES** ) | CASE FILE |
| **GROUP, LLC,** *et al.*, ) | |
| ) | |
| Defendants. ) | |

Plaintiff Federal Trade Commission ("FTC") has applied for an order temporarily sealing the entire docket and all pleadings in the above-captioned case. Upon consideration of the FTC's *ex parte* motion to seal temporarily the case file ("Seal Motion"), as well as the FTC's *ex parte* motion for temporary restraining order ("TRO Motion") and related pleadings and exhibits, this Court finds that good cause exists to seal the docket and case file in this case, and hereby **GRANTS** the FTC's Seal Motion.

**IT IS THEREFORE ORDERED** that the docket in the above-captioned matter be sealed, and that the FTC's Complaint, TRO Motion, all other papers in the above-captioned matter be filed under seal.

**IT IS FURTHER ORDERED** that while the case file remains sealed, the Clerk shall make no notation of the aforementioned materials on the docket, the public record or PACER system, and the Clerk **shall not** send any notice of the aforementioned materials to counsel appearing of record.

**IT IS FURTHER ORDERED** that, unless otherwise ordered or provided, the seal entered by this Order shall dissolve at 5:00 p.m. on February 7, 2019.

1

**IT IS FURTHER ORDERED** that the Clerk shall notify counsel for the FTC of the entry of this order and any order relating to the FTC's TRO Motion, and counsel for the FTC may obtain from the Clerk's office copies of this order and any order relating to the FTC's TRO Motion.

**IT IS FURTHER ORDERED** that this Order shall not be construed to prohibit service or other disclosure by the FTC, any Receiver appointed by the Court, or those acting at their direction, of any temporary restraining order entered in this case, and any papers filed in support thereof, to: (1) the parties, (2) non-party financial institutions or other third parties that may be holding any assets of Defendants, or (3) any domestic or foreign law enforcement agency.

**SO ORDERED**, this 4th day of February, 2019.

_____
UNITED STATES DISTRICT JUDGE