# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:19-cv-55

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** | |
| **Plaintiff,** | |
| v. | **ORDER** |
| **GLOBAL ASSET FINANCIAL SERVICE GROUP, LLC,** *et al,* | |
| **Defendants.** | |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Dennis C. Vacco,** filed February 11, 2019 (Doc. No. 10).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1(B), Mr. Vacco admitted to appear before this court *pro hac vice* on behalf of Defendants, David Carr, Midwestern Alliance LLC, 10D Holdings, Inc., Trans America Consumer Solutions, LLC, TACS I, LLC, TACS II, LLC, and TACS III, LLC.

**IT IS SO ORDERED.**

Signed: February 12, 2019

Graham C. Mullen
United States District Judge