IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19CV55

| | |
|---|---|
| FEDERAL TRADE COMMISSION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| GLOBAL ASET FINANCIAL SERVICES ) | |
| GROUP, LLC, et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

This matter is before the Court upon its own motion. The FTC is directed to file its Reply brief in response to the Defendants' Memorandum of Law in Opposition to the Government's Motion for a Preliminary Injunction, Receivership and Asset Freeze by noon on February 14, 2019 to allow the Court sufficient time to prepare for the hearing previously scheduled.

IT IS SO ORDERED.

Signed: February 13, 2019

Graham C. Mullen
United States District Judge