# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** Plaintiff, v. **GLOBAL ASSET FINANCIAL SERVICES GROUP, LLC**, *et al.*, Defendants, | CASE NO. 3:19-CV-55 |

## ORDER GRANTING EX PARTE MOTION FOR AUTHORITY TO EMPLOY GRIER FURR & CRISP, PA AS ATTORNEYS FOR RECEIVER, NUNC PRO TUNC TO FEBRUARY 4, 2019

This matter came before the Court on the *Ex Parte Motion for Authority to Employ Grier & Crisp, PA as attorneys for the Receiver, Nunc Pro Tunc to February 4, 2019*, filed on February 15, 2019. The Court, having reviewed the Motion and the record in this case, and having been informed of that Plaintiff consents to the Motion, has determined that it should be allowed.

IT IS, THEREFORE, ORDERED that the Motion is GRANTED and the Receiver is authorized to employ Grier & Crisp, PA as attorneys for the Receiver, *nunc pro tunc* to February 4, 2019.

SO ORDERED.

Signed: February 15, 2019

Graham C. Mullen
United States District Judge