IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** Plaintiff, v. **GLOBAL ASSET FINANCIAL SERVICES GROUP, LLC**, *et al.*, Defendants, | CASE NO. 3:19-CV-55 |

    This matter is before the Court upon its own motion. A hearing was held on February 15, 2019 with regard to the Plaintiff's Motion for Preliminary Injunction. Based upon the representations of the parties appearing at the hearing, an agreement was reached to extend the Temporary Restraining Order until March 4, at 10:30 a.m. Should the parties fail to reach an agreement as to the pending Preliminary Injunction motion by then, the Court will hold an evidentiary hearing at that time.
    IT IS SO ORDERED.

Signed: February 15, 2019

Graham C. Mullen
United States District Judge