IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

FILED
CHARLOTTE, NC

FEB 27 2019

US DISTRICT COURT
WESTERN DISTRICT OF NC

**FEDERAL TRADE COMMISSION,**

Plaintiff,

v.

**GLOBAL ASSET FINANCIAL SERVICES GROUP, LLC,** *et al.*,

Defendants,

CASE NO. 3:19-CV-55

## ORDER GRANTING MOTION FOR AUTHORITY TO EMPLOY ACCOUNT FOR RECEIVER,

This matter came before the Court on the *Motion for Authority to Employ Accountant*, filed on February 26, 2019. The Court, having reviewed the Motion and the record in this case, and having been informed of that Plaintiff consents to the Motion, has determined that it should be allowed.

IT IS, THEREFORE, ORDERED that the Motion is GRANTED and the Receiver is authorized to employ Middleswarth, Bowers and Co., LLC as accountants for the Receiver.

SO ORDERED.   Signed: February 27, 2019.

Graham C. Mullen
United States District Judge