IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

FILED
CHARLOTTE, NC
MAR - 5 2020
US DISTRICT COURT
WESTERN DISTRICT NC

FEDERAL TRADE COMMISSION,

Plaintiff,

v.

GLOBAL ASSET FINANCIAL
SERVICES GROUP, LLC, *et al.*,

Defendants,

CASE NO. 3:19-CV-55

ORDER APPROVING APPLICATION
FOR COMPENSATION TO GRIER
WRIGHT MARTINEZ, PA

THIS MATTER came before the Court on the *Application for Compensation to Grier Wright Martinez, PA* filed on February 18, 2020 (D.E. 75) (the "Application") by A. Cotten Wright, the receiver in this case (the "Receiver"). The Court, having reviewed the record and the contents of the Application, finds and concludes as follows:

1. Notice of the Grier Application was served upon the parties hereto as required by law. No party in interest filed a timely objection to the Grier Application.

2. Grier Wright Martinez, PA has rendered valuable services to the Receiver during this proceeding for which it has received no compensation and the reasonable value of services as yet uncompensated is at least $27,060.00. In addition, Grier Wright Martinez, PA is entitled to reimbursement for expenses in the amount of $907.02.

**IT IS, THEREFORE, ORDERED** that

1. The Grier Final Application is **APPROVED**;

2. Grier Wright Martinez, PA is **AWARDED** professional fees in the amount of $27,060.00 and reimbursement of expenses in the amount of $907.02; and

3. The Receiver is **AUTHORIZED** to compensate Grier Wright Martinez, PA for any approved but unpaid fees and expenses incurred by the Receiver over the course of this case.

**SO ORDERED.**

Title of Signing Officer
United States District Court