IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

FILED
CHARLOTTE, NC

MAR - 5 2020

US DISTRICT COURT
WESTERN DISTRICT OF NC

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** Plaintiff, v. **GLOBAL ASSET FINANCIAL SERVICES GROUP, LLC,** *et al.*, Defendants, | CASE NO. 3:19-CV-55 ORDER APPROVING APPLICATION FOR COMPENSATION TO MIDDLESWARTH BOWERS & COMPANY, LLP |

THIS MATTER came before the Court on the *Application for Compensation to Middleswarth Bowers & Co., LLP* filed on February 18, 2020 (D.E. 76) (the "Application") by A. Cotten Wright, the receiver in this case (the "Receiver"). The Court, having reviewed the record and the contents of the Application, finds and concludes as follows:

1. Notice of the Bowers Application was served upon the parties hereto as required by law. No party in interest filed a timely objection to the Bowers Application.

2. Middleswarth Bowers & Co., LLP has rendered valuable services to the Receiver during this proceeding for which it has received no compensation and the reasonable value of services as yet uncompensated is at least $9,979.50. In addition, Middleswarth Bowers & Co., LLP is entitled to reimbursement for expenses in the amount of $90.26.

**IT IS, THEREFORE, ORDERED** that

1. The Middleswarth Application is **APPROVED**;

2. Middleswarth Bowers & Co., LLP is **AWARDED** professional fees in the amount of $9,979.50 and reimbursement of expenses in the amount of $90.26; and

3. The Receiver is **AUTHORIZED** to compensate Middleswarth Bowers & Co., LLP for any approved but unpaid fees and expenses incurred by the Receiver over the course of this case.

**SO ORDERED.**

Signed on this 5*t* day of *March*, 2020.

Graham C. Mullen
UNITED STATES DISTRICT JUDGE