# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**GLOBAL ASSET FINANCIAL SERVICES GROUP, LLC**, *et al.*,<br><br>Defendants, | **CASE NO. 3:19-CV-55**<br><br>**ORDER GRANTING RECEIVER'S MOTION FOR APPROVAL OF RECEIVER'S FINAL REPORT AND ACCOUNTING AND DISMISSING RECEIVER** |

This matter came before the Court on the *Receiver's Motion for Approval of Receiver's Final Report and Accounting and Dismissal of Receiver* (the "Motion") filed on February 28, 2020 by A. Cotten Wright, the duly appointed receiver in this case (the "Receiver"). (Doc. No. 79). The Motion requested approval of the *Receiver's Final Report and Accounting* (the "Final Report"), filed on February 28, 2020, and dismissal of the Receiver. (Doc. No. 78).

In the Final Report, the Receiver set out in detail her activities as well as the assets, liquidation efforts, collections, and disbursements made in the course of this case. The Final Report indicated that, after payment of any Court-approved expenses, the Receiver would turn the remaining funds in the receivership estate over to the Federal Trade Commission.

The Court, having reviewed the Motion and the Final Report has determined that the Motion should be allowed.

**IT IS, THEREFORE ORDERED** that the Receiver's Final Report is **APPROVED**; the Receiver is **AUTHORIZED** to turn over all funds remaining in the receivership account after payment of Court-approved expenses to the Federal Trade Commission; and the Receiver is hereby **DISMISSED**.

**SO ORDERED.**

Signed: March 31, 2020

Graham C. Mullen
United States District Judge